FILED

APR - 4 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)                           **4:18CR00289 JAR/SPM**
)
v. )
) No.
)                           **4:18mj0613**
KYLE G. MARTIN and )                    United States Courts
AUSTIN V. BENSON, )                     Southern District of Texas
)                           FILED
Defendants. )
)                           *April 13, 2018*

**INDICTMENT**                          David J. Bradley, Clerk of Court

**COUNT I**

The Grand Jury charges that:

On or about February 6, 2017, within the Eastern District of Missouri,

**KYLE G. MARTIN and AUSTIN V. BENSON,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together with one or more other persons known and unknown to the Grand Jury to commit the following offenses against the United States: (a) to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The quantity of methamphetamine involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably

foreseeable to him, is 500 grams or more, punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
SIRENA MILLER WISSLER  #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63101
(314) 539-2200

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| KYLE G. MARTIN, | ) | **4:18CR00289 JAR/SPM** |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _____ KYLE G. MARTIN,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment  ❏ Superseding Indictment  ❏ Information ❏ Superseding Information  ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

Count I – conspiracy to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 and, punishable under Title 21, United States Code, Section 841(b)(1)(A)(viii).

Date: 04/04/2018

_____
*Issuing officer's signature*

City and state: St. Louis, Missouri

Gregory J. Linhares, Clerk of the Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrest on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____   _____ |
| *Issuing officer's signature* |

AO 442 (Rev. 11/11) Arrest Warrant